UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 APR -5 AM 10: 19

Andre Antrobus
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

**COMPLAINT**
(Prisoner)

City of New York, Rikers Island
Cynthia Bryann commissioner and
Michelle Hallon warden

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Witnesses:
[signature]

[signature]

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Andre_____    _____    _Antrobus_____
First Name               Middle Initial     Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_E - M.D.C. 95 annex_____  _Rikers Island_
Current Place of Detention

_10-10 Hazen St_____
Institutional Address

_East Elmhurst_____  _NY____  _11370_____
County, City                  State    Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Cythnia | Bryann | Commissioner
First Name | Last Name | Shield #

Commissioner
Current Job Title (or other identifying information)

75-20 Astoria Blvd
Current Work Address

East Elmhurst | NY | 11370
County, City | State | Zip Code

Defendant 2: Michelle | Hallon |
First Name | Last Name | Shield #

Warden
Current Job Title (or other identifying information)

10 10 hazen St
Current Work Address

East Elmhurst | NY | 11370
County, City | State | Zip Code

Defendant 3: New | York | city
First Name | Last Name | Shield #

Current Job Title (or other identifying information)

City hall
Current Work Address

New York | NY | 10007
County, City | State | Zip Code

Defendant 4: Rikers | Island |
First Name | Last Name | Shield #

75-20 Astoria Blvd
Current Job Title (or other identifying information)

Current Work Address

East Elmhurst | NY | 11370
County, City | State | Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: E.M.T.C. intake pen 2 // and 11-main

Date(s) of occurrence: 3-18-21 and 3-22-21 also etc

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

3-18-21

It is several occurrences to the state of cruel and unusual punishment times (6) I slipped and fell in pen 2 of intake after the courts took my cane and I had a fall risk Bracelet after showing Levar. correction officer 2 documents that I can't wear the pataki sneakers they make me fall and my feet always in pain no arch medically incorrect and flat footed crimped feet for a regular person but for a injured person its a hazard always in pain. (Carnell v. Grimm 872 F. Supp. 746) they didn't pay attention and ignored me no medical attention laying on the floor injuring my all ready injured leg and my other leg ignoring my medical documents (Farmer v. Brennan 511 U.S. 825) // (then had me walking up and down stairs with a make shift boot, no cane and no medical access item) // (incident 2 failure to protect and medical indifference that followed in sequence Estelle v. Gamble 429 U.S. 97) = on 3-22-21 I told them I was hurt bring me to hospital they refused and put me in a house I didn't want to go 11 main I was attacked hit with stick and cut with a shank on the hit gave me a used ice pack no x-ray, on cut nothing had to Bandage myself (Brock v. Wright 315 F.3d 158) Brock v. Wright 315 and back pain no pain killer witnesses 8

Page 4

(Johnson v. Bowers 884 F.2d 1058) never took X ray of arm or replaced the ice pack or answer sick calls or emergency calls or grievances arm swelled more. Also the cut was never treated (Blackmore v Kalamazoo city 390 F.3d 890) suppose to be N.I.C (Gutierrez v Peters 111 F.3d 1364) ignored my cries of injury had me walking around up and down denied medical attention and failure to protect

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

3-18-21 I hurt my already existing injury and a new one to my left leg my shin area and it took them days to have facsade acting like they doing they job and injured left foot and shin also Back lower 3-22-21 I was attacked and with weapons denied medical giving a used warm ice packs

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

1,000,000.00 damages of denial of medical, ignoring emergency situations, torture of walking up and down stairs, up and down hallways when I'm suppose to be in N.I.C area .... 1,000,000.00 compensat with these's aggravated injuries and cruel unusal punishment of walking and moving without cast, bandages and assisted medical devices        Total 2,000,000.00

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 3-30-21

Plaintiff's Signature

First Name: Andre
Middle Initial:
Last Name: Antrobus

Prison Address: 10 10 hazen st
County, City: East Elmhurst
State: NY
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 3-30-21

and if Im no longer here here's the new address
Andre Antrobus
158 Martense st
Brooklyn NY 11226

Page 6

in forma pauperis status

Andre Antrobus

No Bank accounts, Automobiles, houses, stocks, bonds or nothing

Don't work for no one

Don't have a job

not receiving no money

I need poor person status I have no money recieve no money or nothing

_____
sig



RECEIVED
SDNY PRO SE OFFICE

2021 APR -5   12:10:17


