UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE ANTROBUS,<br><br>        Plaintiff,<br><br> -against-<br><br>CITY OF NEW YORK; RIKERS ISLAND CYNTHIA BRANN; WARDEN MICHELLE HALLON,<br><br>        Defendants. | 21-CV-2925 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued April 30, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma pauperis* (IFP) statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: April 30, 2021
    New York, New York

                         COLLEEN McMAHON
                         United States District Judge